UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN MILLER, JEREMIE TODD, and CHRISTOPHER FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADECCO USA, Inc., a Delaware Corporation; CEVA LOGISTICS U.S., INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:13–CV–01321–TLN–CKD<br><br>ORDER RE FILING OF FIRST AMENDED ANSWER BY DEFENDANT CEVA LOGISTICS U.S., INC.<br><br>Honorable Troy L. Nunley<br><br>Complaint filed: May 23, 2013 |

## ORDER

The Court has reviewed the Stipulation Allowing Defendant CEVA Logistics U.S., Inc. to File a First Amended Answer [FRCP 15(a)(2)].

Pursuant to stipulation by the parties, and good cause appearing therefor, the Court HEREBY ORDERS that CEVA Logistics U.S., Inc. may file an Amended Answer to Plaintiffs' Class Action Complaint.

IT IS SO ORDERED.

DATED: August 30, 2013

_____
Troy L. Nunley
United States District Judge

1

ORDER RE FILING OF FIRST AMENDED ANSWER BY CEVA LOGISTICS U.S., INC.