FRASER A. MCALPINE (CSB 248554)
Email: fmcalpine@hunton.com
H. ALLISON ELMORE (CSB 233045)
Email: aelmore@hunton.com
**HUNTON & WILLIAMS LLP**
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701

Attorneys for Defendant
CEVA LOGISTICS U.S., INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN MILLER, JEREMIE TODD, and CHRISTOPHER FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADECCO USA, Inc., a Delaware Corporation; CEVA LOGISTICS U.S., INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:13–CV–01321–TLN–CKD<br><br>**STIPULATION AND JOINT APPLICATION TO MODIFY PRETRIAL SCHEDULING ORDER TO CONTINUE PHASE I AND EXPERT DISCOVERY CUT-OFF DATES; ORDER**<br><br>**[Fed. R. Civ. Proc. 16(b)(4)]**<br><br>Complaint filed: May 23, 2013 |

1  Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs Ken Miller, Jeremie Todd,
2  and Christopher Franklin (collectively "Plaintiffs") and Defendants Adecco USA, Inc. ("Adecco")
3  and CEVA Logistics U.S., Inc. ("CEVA") (collectively "Defendants") hereby stipulate as follows
4  and submit this joint application requesting that the Court modify the Pretrial Scheduling Order
5  entered by the Court on September 18, 2013 (Dkt. No. 15) by continuing certain discovery deadlines
6  discussed in detail below:
7  **WHEREAS,** on May 23, 2013, Plaintiffs filed a putative wage and hour class action against
8  Defendants in San Joaquin County Superior Court, which subsequently was removed to this Court;
9  **WHEREAS,** on September 3, 2013, Plaintiffs served each of the Defendants by U.S. mail
10  with (a) Interrogatories; (b) Request for Production of Documents; (c) Notice of Deposition of
11  Designated Corporate Representative(s) and Request for Production of Documents; and (d) Request
12  for Admissions, making the original deadline to respond October 7, 2013;
13  **WHEREAS,** on September 18, 2013, the Court entered its Pretrial Scheduling Order in this
14  matter (Dkt. No. 15), specifying, among other things, that class certification, *i.e.,* Phase I, discovery
15  shall be completed by April 30, 2014; that designation of expert witnesses shall take place by May
16  30, 2014; and that designation of rebuttal expert witnesses shall take place within 30 days after the
17  designation of expert witnesses;
18  **WHEREAS,** the information and documents requested from CEVA in Plaintiffs' discovery
19  requests are being collected by CEVA from multiple corporate departments, as well as from general
20  managers and contract managers whose operations are conducted from locations spread across
21  California;
22  **WHEREAS,** the information and documents requested from Adecco in Plaintiffs' discovery
23  requests are being collected from multiple sources that worked on the relevant CEVA account and
24  additional time is also needed for retrieving documents held in storage;
25  **WHEREAS,** the documents CEVA is collecting are in various forms, including physical and
26  tangible documents such as daily driver log forms and meeting rosters, as well as electronically
27  stored information, all of which must be processed and converted to searchable PDF format, in
28  accordance with Plaintiffs' and CEVA's agreement, before production;

Hunton & Williams LLP
575 Market Street, Suite 3700
San Francisco, California 94105

**WHEREAS,** Defendants have been working diligently to collect the information and documents from the numerous sources controlling and holding them, but have determined and notified Plaintiffs that completion of the collection and compilation processes in time to prepare comprehensive responses by the current agreed deadlines of October 28, 2013, in the case of Adecco, and of November 4, 2013, in the case of CEVA, are impracticable;[1]

**WHEREAS,** Plaintiffs and Defendants agree that thorough and complete responses to discovery requests are preferable to rushed and incomplete responses that would likely result from strict adherence to the current discovery response deadlines;

**WHEREAS,** Adecco has requested, for the reasons noted above, that it may have an additional 14 days, up to and including November 11, 2013, to respond to the Interrogatories, Request for Production of Documents, Request for Production of Documents contained in Plaintiffs' Notice of Deposition of Designated Corporate Representative(s), and Request for Admissions, which is addressed in a separate Stipulation with Plaintiffs that Adecco is filing simultaneously herewith for Magistrate Judge Carolyn K. Delaney's approval;

**WHEREAS,** CEVA has requested, for the reasons noted above, that it may have an additional 21 days, up to and including November 25, 2013, to respond to the Interrogatories, Request for Production of Documents, Request for Production of Documents contained in Plaintiffs' Notice of Deposition of Designated Corporate Representative(s), and Request for Admissions, which is addressed in a separate Stipulation with Plaintiffs that CEVA is filing simultaneously herewith for Magistrate Judge Carolyn K. Delaney's approval;

**WHEREAS,** the Defendants' delay in producing written responses and documents in response to the aforementioned discovery requests, while justifiable, has the effect of compressing the period during which Plaintiffs may schedule the depositions of Defendants' designated corporate

---

[1] Plaintiffs and CEVA agreed by written stipulation, signed and filed on September 24, 2013 (Dkt. No. 16), to an initial 28-day extension of time, up to and including November 4, 2013, for CEVA to respond to Plaintiffs' discovery requests that, pursuant to Eastern District of California Local Rule 144(a), did not require approval of the Court.  Plaintiffs also agreed to grant Adecco an initial 21-day extension, up to and including October 28, 2013, for Adecco to respond to Plaintiffs' discovery requests.

representatives under Federal Rule of Civil Procedure 30(b)(6) and the depositions of putative class members whose identities Plaintiffs have requested in the discovery requests served on Defendants;

**WHEREAS,** good cause exists for continuing the class certification (Phase I) discovery cutoff and initial and rebuttal expert disclosure deadlines, because it would expedite the disposition of this action pursuant to Fed. R. Civ. Proc. 16(b) by allowing the parties sufficient time to conclude the Phase I depositions prior to designating initial and rebuttal expert witnesses.  The parties submit this proposed modification of the Pretrial Scheduling Order to expedite resolution of this dispute and not for any purposes of delay;

**WHEREAS,** continuing the class certification (Phase I) discovery cutoff and initial and rebuttal expert disclosure deadlines will relieve the Court's calendar of events related to motions to compel discovery responses; and

**WHEREAS,** there have been no prior requests to amend the Pretrial Scheduling Order;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants, through their respective counsel, as follows:

1. The discovery cut-off date for class certification (Phase I) discovery is continued from April 30, 2014 to May 30, 2014;

2. The date by which designation of expert witnesses shall take place, if any, is continued from May 30, 2014 to June 30, 2014;

3. The date by which designation of rebuttal expert witnesses shall take place, if any, is continued from June 30, 2014 to July 30, 2014; and

4. All other dates set forth in the Pretrial Scheduling Order (Dkt. No. 15), including, but not limited to, the class certification briefing deadlines and class certification hearing date, shall remain in full force and effect.

///
///
///
///
///

Hunton & Williams LLP
575 Market Street, Suite 3700
San Francisco, California 94105

The parties respectfully request that the Court enter the Proposed Amended Order submitted herewith for the reasons set forth above.  If the Court so desires, the parties will participate in a pretrial scheduling conference regarding the matters set forth herein.

DATED:  October 29, 2013       HUNTON & WILLIAMS LLP


By:  /s/ H. Allison Elmore
    Fraser A. McAlpine
    H. Allison Elmore
    Attorneys for Defendant
    CEVA LOGISTICS U.S., INC.

DATED:  October 29, 2013       SHEPPARD MULLIN RICHTER & HAMPTON LLP


By:  /s/ Charles F. Barker
    Charles F. Barker
    Thomas Y. Lee
    Suzanna L. Winslow
    Attorneys for Defendant
    ADECCO USA, INC.
    *(as authorized on October 29, 2013)*

DATED:  October 29, 2013       WESTRUP KLICK, LLP


By:  /s/ Phillip R. Poliner
    R. Duane Westrup
    Phillip R. Poliner
    Cat-Tuong N. Bulaon
    Attorneys for Plaintiffs
    KEN MILLER, JEREMIE TODD, AND CHRISTOPHER FRANKLIN
    *(as authorized on October 29, 2013)*

Hunton & Williams LLP
575 Market Street, Suite 3700
San Francisco, California 94105

4
STIPULATION AND JOINT APPLICATION TO MODIFY PRETRIAL SCHEDULING ORDER TO CONTINUE PHASE I AND EXPERT DISCOVERY CUT-OFF DATES; ORDER

# AMENDED PRETRIAL SCHEDULING ORDER

Based upon the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The discovery cut-off date for class certification (Phase I) discovery is continued from April 30, 2014 to May 30, 2014;

2. The date by which designation of expert witnesses shall take place, if any, is continued from May 30, 2014 to June 30, 2014;

3. The date by which designation of rebuttal expert witnesses shall take place, if any, is continued from June 30, 2014 to July 30, 2014; and

4. All other dates set forth in the Pretrial Scheduling Order (Dkt. No. 15), including, but not limited to, the class certification briefing deadlines and class certification hearing date, shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: October 30, 2013

_____
Troy L. Nunley
United States District Judge