SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES F. BARKER, Cal. Bar No. 70076
THOMAS Y. LEE, Cal. Bar No. 254243
SUZANNA L. WINSLOW, Cal. Bar No. 280122
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for DEFENDANT
ADECCO USA, INC.

R. DUANE WESTRUP (CSB 58610)
PHILLIP R. POLINER (CSB 156145)
Email: ppoliner@wkalaw.com
CAT-TUONG N. BULAON (CSB 206612)
Email: cbulaon@wkalaw.com
WESTRUP KLICK, LLP
444 West Ocean Boulevard, Suite 1614
Long Beach, California 90802-4524
Telephone: 562 • 432 • 2551
Facsimile: 562 • 435 • 4856

Attorneys for Plaintiffs
KEN MILLER, JEREMIE TODD, and
CHRISTOPHER FRANKLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KEN MILLER, JEREMIE TODD, and CHRISTOPHER FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADECCO USA, INC., a Delaware corporation; CEVA LOGISTICS U.S., INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01321-TLN-CKD<br>[Complaint filed:  May 23, 2013]<br><br>The Hon. Troy L. Nunley<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT ADECCO USA, INC. TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS; [PROPOSED] ORDER**<br><br>**[Fed. R. Civ. Proc. 29(b); E.D. Cal. R. 144(a)]** |

SMRH:411714274.1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR ADECCO TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS

Pursuant to Federal Rule of Civil Procedure 29(b) and Eastern District of California Local Rule 144(a), Plaintiffs Ken Miller, Jeremie Todd, and Christopher Franklin (collectively "Plaintiffs") and Defendant Adecco USA, Inc. ("Adecco") stipulate as follows:

WHEREAS, on September 3, 2013, Plaintiffs served Adecco by U.S. mail with (a) Plaintiffs' Interrogatories to Adecco, Set One; (b) Plaintiffs' Request for Production of Documents to Adecco, Set One; (c) Plaintiffs' Notice of Deposition of Designated Corporate Representative(s) of Adecco and Request for Production of Documents; and (d) Plaintiffs' Request for Admissions to Adecco, Set One;

WHEREAS, Federal Rules of Civil Procedure 33(b)(2), 34(b)(2)(A), and 36(a)(3) require that Adecco respond, within 30 days of service, to the Interrogatories, Request for Production of Documents, Request for Production of Documents contained in Plaintiffs' Notice of Deposition of Designated Corporate Representative(s), and Request for Admissions described above, unless the parties stipulate to a shorter or longer period of time to respond under Federal Rule of Civil Procedure 29(b);

WHEREAS, Federal Rule of Civil Procedure 6(d) provides that Adecco has an additional three days to respond to the above-referenced discovery requests, which were served by U.S. mail, thereby making Adecco's original deadline to respond October 7, 2013;

WHEREAS, Federal Rule of Civil Procedure 29(b) provides that the parties may enter into a stipulation extending the time for any form of discovery without court approval, so long as it does not interfere with the time set for completing discovery, for hearing a motion, or for trial;

WHEREAS, Eastern District of California Local Rule 144(a) allows the parties, unless the response deadline has been set by the Court, to enter into an initial stipulation extending the time to respond to interrogatories, requests for

admissions, or requests for production of documents by no more than 28 days without approval of the Court;

WHEREAS, Eastern District of California Local Rule 144(a) requires that further stipulations to extend the time to respond to discovery requests after an initial 28-day extension be approved by the Court;

WHEREAS, Plaintiffs and Adecco previously agreed to an extension for Adecco to respond to discovery on or before October 28, 2013;

WHEREAS, Adecco requires additional time to respond to Plaintiffs' discovery because there are multiple sources of information and documents due to multiple individuals having worked on the relevant account with Defendant CEVA Logistics U.S., Inc. and documents are in storage and time is needed to retrieve them;

WHEREAS, Plaintiffs and Adecco have agreed that Adecco may have an additional 14 days, constituting a total extension of 35 days, up to and including November 11, 2013, to respond to the Interrogatories, Request for Production of Documents, Request for Production of Documents contained in Plaintiffs' Notice of Deposition of Designated Corporate Representative(s), and Request for Admissions described above;

WHEREAS, Adecco does not waive any objections it may have to the discovery requests described above if it responds to them on or before November 11, 2013 and none of the Requests for Admission will be deemed admitted unless Adecco fails to respond to the Request for Admissions on or before November 11, 2013;

WHEREAS, Plaintiffs and Adecco agree that thorough and complete responses to discovery requests are preferable to rushed and incomplete responses that would likely result from strict adherence to a deadline prior to November 11, 2013;

1 WHEREAS, Plaintiffs and Adecco agree that a further extension of the deadline for Adecco to respond to the discovery requests described above will not interfere with (a) the class certification discovery cut-off date, the expert witness disclosure deadline, or the rebuttal expert disclosure deadline set in the Pretrial Scheduling Order (Dkt. No. 15), provided that United States District Judge Troy L. Nunley agrees to an extension of the current April 30, 2014 class certification discovery cut-off date, May 30, 2014 expert witness disclosure deadline, and June 30, 2014 rebuttal expert disclosure deadline set therein; (b) the December 11, 2014 class certification hearing date set in the Pretrial Scheduling Order; or (c) any other hearing date or deadline set in the Pretrial Scheduling Order;

WHEREAS, there is good cause for the Court to approve a further extension of the deadline for Adecco to respond to the aforementioned discovery requests, for the reasons noted above; and the further extension will not prejudice any party, provided that United States District Judge Troy L. Nunley agrees to an extension of the April 30, 2014 class certification discovery cut-off date, May 30, 2014 expert witness disclosure deadline, and June 30, 2014 rebuttal expert disclosure deadline included in the Pretrial Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and CEVA, through their respective counsel, as follows:

1. Adecco may have an additional 14 days, up to and including November 11, 2013, to respond to Plaintiffs' Interrogatories, Request for Production of Documents, Request for Production of Documents contained in Plaintiffs' Notice of Deposition of Designated Corporate Representative(s), and Request for Admissions described above, provided that United States District Judge Troy L. Nunley agrees to an extension of the April 30, 2014 class certification discovery cut-off date, May 30, 2014 expert witness disclosure deadline, and June 30, 2014

1  rebuttal expert disclosure deadline included in the Pretrial Scheduling Order (Dkt.
2  No. 15); and
3         2.       This Stipulation is without prejudice to any privileges or
4  objections that Adecco may assert in response to Plaintiffs' Interrogatories, Request
5  for Production of Documents, Request for Production of Documents contained in
6  Plaintiffs' Notice of Deposition of Designated Corporate Representative(s), or
7  Request for Admissions described above.

Dated:  October 29, 2013

                  SHEPPARD, MULLIN, RICHTER &
                  HAMPTON LLP

                  By   /s/ Thomas Y. Lee
                       CHARLES F. BARKER
                       THOMAS Y. LEE
                       SUZANNA L. WINSLOW

                       Attorneys for Defendant
                       ADECCO USA, INC.

Dated:  October 29, 2013

                  WESTRUP KLICK, LLP

                  By   /s/ Phillip R. Poliner
                       R. DUANE WESTRUP
                       PHILLIP R. POLINER
                       CAT-TUONG N. BULAON

                       Attorneys for Plaintiffs
                       KEN MILLER, JEREMIE TODD, and
                       CHRISTOPHER FRANKLIN

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. Adecco may have an additional 14 days, up to and including November 11, 2013, to respond to Plaintiffs' Interrogatories, Request for Production of Documents, Request for Production of Documents contained in Plaintiffs' Notice of Deposition of Designated Corporate Representative(s), and Request for Admissions, provided that United States District Judge Troy L. Nunley agrees to an extension of the April 30, 2014 class certification discovery cut-off date, May 30, 2014 expert witness disclosure deadline, and June 30, 2014 rebuttal expert disclosure deadline included in the Pretrial Scheduling Order (Dkt. No. 15); and

2. This Stipulation is without prejudice to any privileges or objections that Adecco may assert in response to Plaintiffs' Interrogatories, Request for Production of Documents, Request for Production of Documents contained in Plaintiffs' Notice of Deposition of Designated Corporate Representative(s), or Request for Admissions.

**IT IS SO ORDERED.**

Dated: October 31, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE