FRASER A. MCALPINE (CSB 248554)
Email: fmcalpine@hunton.com
H. ALLISON ELMORE (CSB 233045)
Email: aelmore@hunton.com
**HUNTON & WILLIAMS LLP**
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701

Attorneys for Defendant
CEVA LOGISTICS U.S., INC.

R. DUANE WESTRUP (CSB 58610)
PHILLIP R. POLINER (CSB 156145)
Email: ppoliner@westrupassociates.com
CAT-TUONG N. BULAON (CSB 206612)
Email: cbulaon@westrupassociates.com
**WESTRUP KLICK, LLP**
444 West Ocean Boulevard, Suite 1614
Long Beach, California 90802-4524
Telephone: 562 • 432 • 2551
Facsimile: 562 • 435 • 4856

Attorneys for Plaintiffs
KEN MILLER, JEREMIE TODD, and
CHRISTOPHER FRANKLIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN MILLER, JEREMIE TODD, and CHRISTOPHER FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADECCO USA, Inc., a Delaware Corporation; CEVA LOGISTICS U.S., INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:13–CV–01321–TLN–CKD<br><br>**STIPULATION FURTHER EXTENDING TIME BY 21 DAYS FOR DEFENDANT CEVA LOGISTICS U.S., INC. TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS; [PROPOSED] ORDER**<br><br>**[Fed. R. Civ. Proc. 29(b); E.D. Cal. R. 144(a)]**<br><br>Complaint filed: May 23, 2013 |

Pursuant to Federal Rule of Civil Procedure 29(b) and Eastern District of California Local Rule 144(a), Plaintiffs Ken Miller, Jeremie Todd, and Christopher Franklin (collectively "Plaintiffs") and Defendant CEVA Logistics U.S., Inc. ("CEVA") stipulate to a further 21-day extension for CEVA to respond to Plaintiffs' discovery requests as follows:

**WHEREAS,** on May 23, 2013, Plaintiffs filed a putative wage and hour class action against CEVA and co-defendant Adecco USA, Inc. ("Adecco") in San Joaquin County Superior Court, which subsequently was removed to this Court;

**WHEREAS,** on September 3, 2013, Plaintiffs served CEVA by U.S. mail with (a) Plaintiffs' Interrogatories to CEVA, Set One; (b) Plaintiffs' Request for Production of Documents to CEVA, Set One; (c) Plaintiffs' Notice of Deposition of Designated Corporate Representative(s) of CEVA and Request for Production of Documents; and (d) Plaintiffs' Request for Admissions to CEVA, Set One;

**WHEREAS**, Federal Rules of Civil Procedure 33(b)(2), 34(b)(2)(A), and 36(a)(3) require that CEVA respond, within 30 days of service,[1] to the Interrogatories, Request for Production of Documents, Request for Production of Documents contained in Plaintiffs' Notice of Deposition of Designated Corporate Representative(s), and Request for Admissions described above, unless Plaintiffs and CEVA stipulate to a shorter or longer period of time to respond under Federal Rule of Civil Procedure 29(b);

**WHEREAS,** Federal Rule of Civil Procedure 29(b) provides that parties may enter into a stipulation extending the time for any form of discovery without court approval, so long as it does not interfere with the time set for completing discovery, for hearing a motion, or for trial;

**WHEREAS,** Plaintiffs and CEVA agreed by written stipulation, signed and filed on September 24, 2013 (Dkt. No. 16), to an initial 28-day extension of time, up to and including November 4, 2013, for CEVA to respond to Plaintiffs' discovery requests that, pursuant to Eastern District of California Local Rule 144(a), did not require approval of the Court;

---

[1] Federal Rule of Civil Procedure 6(d) provides that CEVA has an additional three days to respond to the above-referenced discovery requests, which were served by U.S. mail, thereby making CEVA's original deadline to respond October 7, 2013.

1   **WHEREAS,** Eastern District of California Local Rule 144(a) requires that further stipulations to extend the time to respond to discovery requests after an initial 28-day extension be approved by the Court;

**WHEREAS,** the information and documents requested by Plaintiffs are being collected by CEVA from multiple corporate departments, as well as from general managers and contract managers whose operations are conducted from different locations spread across California;

**WHEREAS,** the documents CEVA is collecting are in various forms, including physical and tangible documents such as daily driver log forms and meeting rosters, as well as electronically stored information, all of which must be processed and converted to searchable PDF format, in accordance with Plaintiffs' and CEVA's agreement, before production;

**WHEREAS,** CEVA has been working diligently to collect the information and documents from the numerous sources controlling and holding them, but has determined and notified Plaintiffs that completion of the collection and compilation processes in time to prepare comprehensive responses by the agreed deadline of November 4, 2013 is impracticable;

**WHEREAS,** Plaintiffs and CEVA agree that thorough and complete responses to discovery requests are preferable to rushed and incomplete responses that would likely result from strict adherence to the November 4 deadline;

**WHEREAS,** Plaintiffs and CEVA agree that a further extension of the deadline for CEVA to respond to the discovery requests described above will not interfere with (a) the class certification discovery cut-off date, the expert witness disclosure deadline, or the rebuttal expert disclosure deadline set in the Pretrial Scheduling Order (Dkt. No. 15), provided that United States District Judge Troy L. Nunley agrees to an extension of the current April 30, 2014 class certification discovery cut-off date, May 30, 2014 expert witness disclosure deadline, and June 30, 2014 rebuttal expert disclosure deadline set therein[2]; (b) the December 11, 2014 class certification hearing date set

---

[2] Plaintiffs, CEVA, and Adecco are simultaneously filing a Stipulation and Joint Application to Modify the Pretrial Scheduling Order to Continue the Phase I and Expert Discovery Cut-off Dates and Proposed Order for Judge Troy L. Nunley's signature on October 29, 2013.

Hunton & Williams LLP
575 Market Street, Suite 3700
San Francisco, California 94105

1  in the Pretrial Scheduling Order; or (c) any other hearing date or deadline set in the Pretrial
2  Scheduling Order;
3        **WHEREAS,** there is good cause for the Court to approve a further extension of the deadline
4  for CEVA to respond to the aforementioned discovery requests, for the reasons noted above; and the
5  further extension will not prejudice any party, provided that United States District Judge Troy L.
6  Nunley agrees to an extension of the April 30, 2014 class certification discovery cut-off date, May
7  30, 2014 expert witness disclosure deadline, and June 30, 2014 rebuttal expert disclosure deadline
8  included in the Pretrial Scheduling Order;
9        **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs and
10 CEVA, through their respective counsel, as follows:
11     1.    CEVA may have an additional 21 days, up to and including November 25, 2013, to
12 respond to Plaintiff's Interrogatories, Request for Production of Documents, Request for Production
13 of Documents contained in Plaintiffs' Notice of Deposition of Designated Corporate
14 Representative(s), and Request for Admissions described above, provided that United States District
15 Judge Troy L. Nunley agrees to an extension of the April 30, 2014 class certification discovery cut-
16 off date, May 30, 2014 expert witness disclosure deadline, and June 30, 2014 rebuttal expert
17 disclosure deadline included in the Pretrial Scheduling Order (Dkt. No. 15); and
18     2.    This Stipulation is without prejudice to any privileges or objections that CEVA may
19 assert in response to Plaintiff's Interrogatories, Request for Production of Documents, Request for
20 Production of Documents contained in Plaintiffs' Notice of Deposition of Designated Corporate
21 Representative(s), or Request for Admissions described above.
22 DATED: October 29, 2013                HUNTON & WILLIAMS LLP

By:  /s/ H. Allison Elmore
      Fraser A. McAlpine
      H. Allison Elmore
      Attorneys for Defendant
      CEVA LOGISTICS U.S., INC.

1 | DATED: October 29, 2013            WESTRUP KLICK, LLP

3       By: /s/ Phillip R. Poliner
          R. Duane Westrup
          Phillip R. Poliner
          Cat-Tuong N. Bulaon
          Attorneys for Plaintiffs
          KEN MILLER, JEREMIE TODD, AND
          CHRISTOPHER FRANKLIN
          *(as authorized on October 29, 2013)*

**Hunton & Williams LLP**
575 Market Street, Suite 3700
San Francisco, California 94105

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor**, IT IS HEREBY ORDERED THAT:**

1. CEVA may have an additional 21 days, up to and including November 25, 2013, to respond to Plaintiff's Interrogatories, Request for Production of Documents, Request for Production of Documents contained in Plaintiffs' Notice of Deposition of Designated Corporate Representative(s), and Request for Admissions, provided that United States District Judge Troy L. Nunley agrees to an extension of the April 30, 2014 class certification discovery cut-off date, May 30, 2014 expert witness disclosure deadline, and June 30, 2014 rebuttal expert disclosure deadline included in the Pretrial Scheduling Order (Dkt. No. 15); and

2. This Stipulation is without prejudice to any privileges or objections that CEVA may assert in response to Plaintiff's Interrogatories, Request for Production of Documents, Request for Production of Documents contained in Plaintiffs' Notice of Deposition of Designated Corporate Representative(s), or Request for Admissions.

**IT IS SO ORDERED.**

DATED: November 1, 2013

/s/ Carolyn K. Delaney
Honorable Carolyn K. Delaney
United States Magistrate Judge