1  R. DUANE WESTRUP (CSB 58610)
   PHILLIP R. POLINER (CSB 156145)
   Email:  ppoliner@westrupassociates.com
2  CAT N. BULAON (CSB 206612)
   Email: cbulaon@westrupassociates.com
3  **WESTRUP & ASSOCIATES**
   444 West Ocean Blvd., Suite 1614
4  Long Beach, California 90802
   Telephone: 562 • 432 • 2551
5  Facsimile: 562 • 435 • 4856

6  Attorneys for Plaintiffs
   KEN MILLER, JEREMIE TODD
7  AND CHRISTOPHER FRANKLIN

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 | KEN MILLER, JEREMIE TODD, and        | Case No.  2:13–CV–01321–TLN–CKD
   | CHRISTOPHER FRANKLIN, on behalf of   |
12 | themselves and all others similarly situated, | **STIPULATION AND ORDER**
   |                                       | **RE: HEARING ON PLAINTIFFS' MOTIONS**
13 |                    Plaintiffs,        | **FOR FINAL APPROVAL AND FOR**
   |                                       | **ATTORNEY FEES AND COST**
14 |              v.                       |
   |                                       | Complaint filed: May 23, 2013
15 | ADECCO USA, Inc., a Delaware Corporation; |
   | CEVA LOGISTICS U.S., INC., a Delaware |
16 | corporation; and DOES 1-10, inclusive, |
   |                                       |
17 |                    Defendants.        |

18

19

20

21

22

23

24

25

26

27

28

                                          1

1  Pursuant to the Court's Order Granting Preliminary Approval, dated February 19, 2015,

2  Plaintiffs Ken Miller, Jeremie Todd, and Christopher Franklin (collectively "Plaintiffs") and

3  Defendants Adecco USA, Inc. ("Adecco") and CEVA Logistics U.S., Inc. ("CEVA") (collectively

4  "Defendants") hereby stipulate as follows and submit this joint application requesting that the

5  Court accept the proposed dates for a hearing on Plaintiffs' Motion for Final Approval of Class

6  Action Settlement, and Motion for Attorney Fees and Cost.  For the Court's approval, an updated

7  Notice of Class Action Settlement is attached hereto and incorporated herein by reference as

8  Exhibit 1.

9  **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs and

10  Defendants, through their respective counsel, as follows:

11  **March 16, 2015**:     Deadline for Defendants to provide Claims Administrator with class

12  members' contact information.

13  **March 23, 2015**:     Deadline for Claims Administrator to mail class notice and claim

14  form.

15  **May 7, 2015**:     Deadline for class members to file objections, opt-out or submit

16  claim forms.

17  **May 21, 2015**:     Filing of Plaintiff's Motion for Final Approval of Class Action

18  Settlement and Motion for Attorney Fees and Cost.

19  **June 18, 2015**:     Hearing on Plaintiff's Motion for Final Approval of Class Action

20  Settlement and Motion for Attorney Fees and Cost.

21  **WHEREAS,** pursuant to 28 U.S.C.A. §1715**,** Defendant**,** Adecco USA, Inc. provided

22  notice of the settlement to the Attorney General's Office on October 8, 2014 and Defendant, CEVA

23  Logistics U.S., Inc. provided notice to the Attorney General's Office on February 20, 2015.

24

25

26

27

28

2

**JOINT STIPULATION AND ORDER RE: MOTION FOR FINAL APPROVAL/FEES AND COST**

1    DATED:  March 9, 2015                    WESTRUP & ASSOCIATES

2

3                                             By:  /s/ Phillip R. Poliner
                                                  Phillip R. Poliner
4                                                  Attorneys for Plaintiffs
                                                  KEN MILLER, JEREMIE TODD, AND
5                                                  CHRISTOPHER FRANKLIN

6

7    DATED:  March 9, 2015                    JACKSON LEWIS P.C.

8

9                                             By:  /s/ Fraser A. McAlpine
                                                  Fraser A. McAlpine

10                                                 Attorneys for Defendant
                                                  CEVA LOGISTICS U.S., INC.
11

12
     DATED:  March 9, 2015                    SHEPPARD MULLIN RICHTER &
13                                            HAMPTON LLP

14

15                                            By:  /s/ Charles F. Barker
                                                  Charles F. Barker

16                                                 Attorneys for Defendant
                                                  ADECCO USA, INC.
17

18

19

20

21

22

23

24

25

26

27

28

                                         3
          **JOINT STIPULATION AND ORDER RE: MOTION FOR FINAL APPROVAL/FEES AND COST**

1

## SCHEDULING ORDER

2      Based upon the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY**

3 **ORDERED THAT:**

4      **March 16, 2015**:      Deadline for Defendants to file provide claims administrator with

5                              class members' contact information.

6      **March 23, 2015**:      Deadline for claims administrator to mail class notice and claim

7                              form.

8      **May 7, 2015**:         Deadline for class members to file objections, opt-out or submit

9                              claim forms.

10     **May 21, 2015**:        Filing of Plaintiff's Motion for Final Approval of Class Action

11                             Settlement and Motion for Attorney Fees and Cost.

12     **June 18, 2015**:       Hearing on Plaintiff's Motion for Final Approval of Class Action

13                             Settlement and Motion for Attorney Fees and Cost.

14      **IT IS FURTHER ORDERED THAT** the Notice of Class Action Settlement attached as

15 Exhibit 1, is approved as to form and content.

16

17      **IT IS SO ORDERED.**

18

Dated:  March 9, 2015

19

20                                          Troy L. Nunley
                                            United States District Judge
21

22

23

24

25

26

27

28

4

**JOINT STIPULATION AND ORDER RE: MOTION FOR FINAL APPROVAL/FEES AND COST**