Fraser A. McAlpine (Cal. Bar No. 248554)
Douglas G.A. Johnston (Cal. Bar No. 268880)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:    (415) 394-9400
Facsimile:     (415) 394-9401
Email: fraser.mcalpine@jacksonlewis.com
Email: douglas.johnston@jacksonlewis.com

Attorneys for Defendant
CEVA LOGISTICS U.S., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN MILLER, JEREMIE TODD, and CHRISTOPHER FRANKLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADECCO USA, INC., a Delaware Corporation; CEVA LOGISTICS U.S., INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:13-CV-01321-TLN-CKD<br><br>**STIPULATION AND ORDER RE UNCASHED FUNDS**<br><br>Honorable Troy L. Nunley<br><br><br><br>Complaint Filed:   May 23, 2013 |

TO THE HONORABLE COURT:

WHEREAS, pursuant to the Final Approval Order of this Court [Docket #40] and Stipulation of Settlement in this matter, November 23, 2015 was the void date for checks in this matter.

WHEREAS, Paragraph 6.3 of the Stipulation of Settlement states that net funds from the uncashed checks shall escheat to the state of California in the name of the Class Member.

WHEREAS, following November 23, 2015, there was one uncashed check in the amount of $9,861.86.

WHEREAS, the Parties received notice on October 28, 2015, two months after distribution of settlement funds, from a self-identifying class member who was inadvertently

excluded and not identified during the claims administration process.  The estimated amount due to this employee is approximately $4,059.00 plus approximately $268.59.  The Parties estimate there will be an additional $1,000.00 in claims administration fees related to the self-identifying class member.

   The Parties therefore stipulate, pending approval by the Court, that the remaining amount in uncashed checks will be applied to the claim from the self-identifying class member and any costs associated with administration of the claim.  To the extent any funds remain following satisfaction of the claim and costs associated with administration of the claim, those funds will escheat to the State of California equally in the name of the Class Members with uncashed checks.

Dated: February 2, 2016          WESTRUP & ASSOCIATES

                                 */s/ R. Duane Westrup*
                                 R. Duane Westrup
                                 Attorneys for Plaintiffs,
                                 KEN MILLER, JEREMIE TODD and
                                 CHRISTOPHER FRANKLIN and the
                                 PUTATIVE CLASS

Dated: February 2, 2016          JACKSON LEWIS P.C.

                                 */s/ Fraser A. McAlpine*
                                 Fraser A. McAlpine
                                 Douglas G.A. Johnston
                                 Attorney for Defendant,
                                 CEVA LOGISTICS U.S., INC.

Dated: February 2, 2016          SHEPPARD, MULLIN, RICKTER & HAMPTON LLP

                                 */s/ Charles Barker*
                                 Charles Barker
                                 Attorney for Defendant,
                                 ADECCO USA, INC.

ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERD THAT**:

The remaining amount in uncashed checks will be applied to the claim from the self-identifying class member and any costs associated with administration of the claim. To the extent any funds remain following satisfaction of the claim and costs associated with administration of the claim, those funds will escheat to the state of California equally in the name of the Class Members with uncashed checks.

**IT IS SO ORDERED.**

Dated: February 4, 2016

_____
Troy L. Nunley
United States District Judge